UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Deborah Donohgue,<br>and Aaron Rubenstein, | No. 16-cv-5485 |
| Plaintiffs,<br>v. | (ECF Case) |
| Jeremy Mindich, Matthew Sirovich,<br>Scopia Capital GP LLC,<br>Scopia Capital Management LP,<br>Scopia Management, Inc.,<br>Scopia Long LLC, Scopia LB LLC,<br>Scopia PX LLC, Scopia Partners LLC,<br>Scopia Long QP LLC,<br>Scopia Windmill Fund LP,<br>Scopia International Master Fund LP,<br>Scopia PX International Master Fund LP,<br>Scopia LB International Master Fund LP, and<br>Scopia Long International Master Fund LP, | |
| Defendants, | |
| and | |
| Itron Inc.,<br>Nominal Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs and their counsel hereby gives notice that Plaintiffs voluntarily dismiss this case with prejudice.

Dated:  New York, New York
        Sept. 1, 2016

*s/ Miriam Tauber*
_____
Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Avenue 2A
New York, New York 10075
Tel:    323.790.4881
MiriamTauberLaw@gmail.com
*Attorney for Plaintiffs*

1